BROWN, Appellant, v. PALMER, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 14, 1906.) Action by James H. Brown against George H. Palmer.

PER CURIAM. Judgments reversed, with costs to appellant on the appeal to the County Court and to this court. *Held*, that the plaintiff having in good faith and without knowledge of any mistake furnished material and caused his employés to put a roof on defendant's barn in a manner satisfactory to and as directed by defendant, it is immaterial that the defendant did not know that such material was furnished by the plaintiff, instead of another, and that his employés did the work. Having received the benefits resulting from the furnishing of the labor and materials, the defendant cannot avoid liability by asserting that he did not know the identity of the person who furnished and performed the same; and so, even although he had contracted with another party to do the same work and believed it was in fact being done by such other party.

BROWN et al., Respondents, v. RETSOF MINING CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Edward W. Brown and James W. Shaw against the Retsof Mining Company. No opinion. Judgment modified, by striking out the provision for an extra allowance, for want of power in the trial court to grant the same, and, as so modified, affirmed, without costs, on the authority of Brown v. Retsof Mining Co. (decided by this court November 17, 1905) 95 N. Y. Supp. 815.

BROWN, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, First Department. March 23, 1906.) Action by George E. Brown against Fred H. Smith. M. W. Divine, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BROWN, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, First Department. March 23, 1906.) Action by George E. Brown against Fred H. Smith. M. W. Divine, for appellant. No opinion. Motion denied.

BURKE, Appellant, v. O'BRIEN et al., Respondent. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Charles P. Burke against Patrick O'Brien and others. No opinion. Motion to dismiss appeal granted, with costs, unless the appellant cause the printed papers on appeal to be served within 10 days. On compliance with this condition, the motion is denied, without costs.

BURLINGAME, Respondent, v. DYKEMAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 10, 1906.) Action by Earl Burlingame against James H Dykeman.

PER CURIAM. Order reversed, withou costs, and motion granted, changing the plac of trial from Wyoming to Orange county.

McLENNAN, P. J., dissents. HISCOCK, J. not sitting.

BURNS, Respondent, v. UNITED STATE! PRINTING CO. OF OHIO, Appellant. (Su preme Court, Appellate Division, Second De partment. March 16, 1906.) Action by Hugl Burns, an infant, by Margaret Burns, hi: guardian ad litem, against the United State: Printing Company of Ohio. No opinion. In terlocutory judgment affirmed, with costs.

BUSCH, Respondent, v. REINHEIMER, Ap pellant. (Supreme Court, Appellate Division Second Department. March 2, 1906.) Actior by Julius Busch against Henrietta Reinheimer No opinion. Judgment of the Municipal Cour: affirmed, with costs.

BUSS, Respondent, v. ROSENBERG, Appel lant. (Supreme Court, Appellate Division, Sec ond Department. March 2, 1906.) Action by Ike Buss against Max Rosenberg. No opinion. Judgment affirmed, with costs.

CAMERON, Appellant, v. McBRIDE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 10, 1906.) Action by George F. Cameron against Jane McBride and another. No opinion. Judgment affirmed, with costs.

CHADEAYNE, Appellant, v. CITY OF BUF FALO, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 10, 1906.) Action by George H. Chadeayne against the city of Buffalo.

PER CURIAM. Judgment affirmed, with costs.

KRUSE, J., not sitting.

CHASE, Respondent, v. H. A. BAKER & CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by George H. Chase, suing as a poor person, against H. A. Baker & Co. No opinion. Judgment and order of the County Court of Kings county affirmed, with costs.

In re CITIZENS' TRUST CO. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) In the matter of the application of the Citizens' Trust Company to be designated as a depositary for moneys deposited in court. No opinion. Order of reference made to Norman S. Dike, Esq.

In re CITY of ROCHESTER, Respondent. (Supreme Court, Appellate Division, Fourth